ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 11:09 AM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

5/2/2025 11:09:10 AM
CHRISTOPHER A. PRINE
Clerk



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

Clerk of the Court
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701
***Via Electronic Filing***

Re:     CAUSE NO. 15-25-00011-CV; *The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M. D. Anderson Cancer Center v. Gensetix, Inc.;* In the Court of Appeals for the Fifteenth Judicial District

Dear Clerk of the Court:

Please be advised that I will be on vacation and unavailable from **June 10, 2025, through June 24, 2025**. I respectfully request that no deadlines, hearings, settings, trials, or other event requiring a response or my presence be set in the above-referenced matter during this time. I further request that no requests requiring immediate attention or activating deadlines be made during this time. I appreciate your observance of this request. By copy of this letter, I have notified all counsel of record.

Thank you for your consideration in this matter.

Respectfully,

/s/ *Terri M. Abernathy*

Terri Abernathy, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
Phone (512) 936-0562
Email terri.abernathy@oag.texas.gov

Cc: *Via eService as follows:* Cabrach J. Connor, attorney in charge, at cab@clands.com, Jennifer Tatum Lee at jennifer@clands.com, Sergio R. Davila at sergio@clands.com, Anthony G. Buzzbee at tbuzbee@txattorneys.com, and Ryan S. Pigg at rpigg@txattorneys.com.

---

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Quennette Rose on behalf of Terri Abernathy
Bar No. 24062894
quennette.rose@oag.texas.gov
Envelope ID: 100372011
Filing Code Description: Letter
Filing Description: 20250502_TMAs Vacation Letter June 2025
Status as of 5/2/2025 11:27 AM CST

Associated Case Party: University of Texas M.D. Anderson Cancer Center

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 5/2/2025 11:09:10 AM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 5/2/2025 11:09:10 AM | SENT |

Associated Case Party: Board of Regents of the University of Texas System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David E.Harrell | | David.Harrell@troutman.com | 5/2/2025 11:09:10 AM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 5/2/2025 11:09:10 AM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 5/2/2025 11:09:10 AM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 5/2/2025 11:09:10 AM | SENT |

Associated Case Party: Gensetix, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cabrach Connor | | Cab@CLandS.com | 5/2/2025 11:09:10 AM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 5/2/2025 11:09:10 AM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 5/2/2025 11:09:10 AM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 5/2/2025 11:09:10 AM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 5/2/2025 11:09:10 AM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 5/2/2025 11:09:10 AM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 5/2/2025 11:09:10 AM | SENT |
| Lionel Sims | | lsims@txattorneys.com | 5/2/2025 11:09:10 AM | SENT |